# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EUSTOLIA ARAMBULA,

    Plaintiff,

v.                                                                        **No. 19-cv-0020 GJF/SMV**

B&E KARING HANDS, INC. and
EMMA SANCHEZ,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    January 25, 2019, at 1:30 p.m.

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 25, 2019, at 1:30 p.m.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                                              **STEPHAN M. VIDMAR**
                                                                                             **United States Magistrate Judge**