UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUSTOLIA ARAMBULA, on behalf
of herself and all others similarly situated,

    Plaintiff,

v.                                                                          No. 2:19-cv-00020-WJ-SMV

B&E KARING HANDS, INC., a/k/a
KARING HANDS, INC., and
EMMA SANCHEZ, a/k/a
IRMA SANCHEZ,

    Defendants.

## NOTICE OF ACCEPTANCE OF THIRD RULE 68 OFFER OF JUDGMENT

Pursuant to Fed. R Civ. P. 68(a), Defendants hereby notify the Court that Eustolia Arambula, Plaintiff in the above-captioned case, by and through her undersigned attorney Christopher Benoit of The Law Office of Lynn Coyle, PLLC, has accepted the offer made by Defendants B&E Karing Hands, Inc. and Irma Sanchez in the Third Rule 68 Offer of Judgment of March 15, 2019.

A copy of Defendants' Third Rule 68 Offer of Judgment is attached hereto as Exhibit A. A copy of Plaintiff's acceptance of the Third Rule 68 Offer of Judgment is attached hereto as Exhibit B.

Pursuant to Rule 68(a), the undersigned request that the Court or Clerk enter judgment in this matter, noting that Plaintiff has not yet submitted her application for attorneys' fees and costs.

Respectfully submitted,

**CARRILLO LAW FIRM, P.C.**

By _____
Raúl A. Carrillo, Jr. (raul@carrillolaw.org)
Steven E. Jones (sjones@carrillolaw.org)
Post Office Box 457
Las Cruces, New Mexico 88004
(575) 647-3200 (office)
(575) 647-1463 (facsimile)
*Attorneys for Defendants B&E Karing*
*Hands, Inc. and Irma Sanchez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of March, 2019, I caused a copy of the foregoing to be sent via email to the following:

Christopher Benoit (chris@coylefirm.com; aynimae@coylefirm.com)
The Law Office of Lynn Coyle, P.L.L.C.
2515 North Stanton Street
El Paso, Texas 79902
(915) 532-5544 (office)
(915) 532-5566 (facsimile)

_____
Raúl A. Carrillo, Jr.
Steven E. Jones