IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EUSTOLIA ARAMBULA, on behalf of herself and all others similarly situated, | |
| Plaintiff | |
| v. | |
| B&E KARING HANDS, INC., aka KARING HANDS, INC., and IRMA SANCHEZ, | Civil Action No. 2:19-cv-00020-WJ-SMV |
| Defendants. | |

**ORDER APPROVING PARTIES' JOINT MOTION FOR APPROVAL
OF FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

Before the Court is Plaintiffs and Defendant's ("the Parties") Joint Motion to Approve Settlement ("Joint Motion for Approval") [Doc. No. 28]. No party has filed any objections to the Parties' request for approval of the proposed settlement. Having reviewed the Parties' Joint Motion for Approval, the underlying Rule 68 settlement offer and acceptance, and Plaintiff's billing records and information, the Court finds that the settlement represents a fair and equitable settlement of a bona fide dispute under the FLSA, and that the proposed settlement contains an award of reasonable attorneys' fees. Accordingly, the Court hereby **ORDERS** as follows:

1. The Joint Motion for Approval [Doc. No. 28] is **HEREBY GRANTED**.

2. The claims of Plaintiff Eustolia Arambula against Defendants are **DISMISSED WITH PREJUDICE**.

3. The Court hereby **ORDERS** that Defendants shall pay Eustolia Arambula the amount of $6,000 within fourteen days of the entry of this Order.

FPDOCS 34561520.1

4. The Court **FURTHER ORDERS** that Defendants pay Plaintiff an award of $9,570 in attorney's fees and $416.38 in cost within fourteen days of the entry of this Order.

**IT IS SO ORDERED.**

_____
THE HONORABLE WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE


APPROVED AS TO FORM:

/s/_____
Christopher Benoit
Attorney for Plaintiff

/s/_____
Steven Jones
Attorney for Defendants